**UNITED STATES BANKRUPTCY COURT**
**DISTRICT 1**

| | |
|---|---|
| In re: <br><br> ORLANDO HERNANDEZ MEDINA <br><br> Debtor(s) | Case No. 11-04541-ESL |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

ALEJANDRO OLIVERAS RIVERA, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/31/2011.

2) The plan was confirmed on 03/27/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 07/12/2012, 08/15/2013, 08/06/2014.

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was completed on 06/01/2016.

6) Number of months from filing to last payment: 60.

7) Number of months case was pending: 62.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $58,700.37.

10) Amount of unsecured claims discharged without payment: $61,742.95.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

| Receipts: | |
|---|---|
| Total paid by or on behalf of the debtor | $40,440.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$40,440.00** |

| Expenses of Administration: | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,654.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $2,778.44 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$5,432.44** |
| Attorney fees paid and disclosed by debtor: | $346.00 |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| BANCO POPULAR DE PUERTO RICO | Secured | 28,955.00 | 0.00 | 29,206.01 | 0.00 | 0.00 |
| BANCO POPULAR DE PUERTO RICO | Unsecured | 0.00 | 0.00 | 10,100.80 | 3,287.35 | 0.00 |
| BANCO SANTANDER DE PR | Secured | 225,756.00 | 0.00 | 225,047.99 | 0.00 | 0.00 |
| BANCO SANTANDER DE PR | Secured | 0.00 | 0.00 | 475.00 | 475.00 | 0.00 |
| CRIM | Secured | 0.00 | 0.00 | 4,697.78 | 4,697.78 | 0.00 |
| CRIM | Unsecured | 0.00 | 0.00 | 368.85 | 0.00 | 0.00 |
| DEPARTMENT OF TREASURY | Unsecured | 0.00 | 0.00 | 300.00 | 97.66 | 0.00 |
| DEPARTMENT OF TREASURY | Priority | 0.00 | 0.00 | 76,341.71 | 0.00 | 0.00 |
| DEPARTMENT OF TREASURY | Priority | 0.00 | 0.00 | 3,337.81 | 3,337.81 | 0.00 |
| DEPARTMENT OF TREASURY | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 0.00 | 0.00 | 1,622.79 | 1,622.79 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 29,312.00 | 0.00 | 19,756.22 | 6,429.83 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 0.00 | 0.00 | 940.71 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 10,000.00 | 0.00 | 9,819.94 | 0.00 | 0.00 |
| POPULAR LEASING | Unsecured | 18,630.19 | 0.00 | 18,630.19 | 6,063.35 | 0.00 |
| PRASA [AAA] | Unsecured | 700.92 | NA | 700.92 | 228.06 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 470.00 | 0.00 | 470.39 | 153.08 | 0.00 |
| USAA | Unsecured | 17,151.00 | 0.00 | 17,151.33 | 5,582.03 | 0.00 |
| USAA | Unsecured | 6,715.00 | 0.00 | 9,318.49 | 3,032.82 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $475.00 | $475.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $258,951.78 | $4,697.78 | $0.00 |
| **TOTAL SECURED:** | **$259,426.78** | **$5,172.78** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $82,243.02 | $4,960.60 | $0.00 |
| **TOTAL PRIORITY:** | **$82,243.02** | **$4,960.60** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$86,617.13** | **$24,874.18** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $5,432.44 |
| Disbursements to Creditors | $35,007.56 |
| **TOTAL DISBURSEMENTS :** | **$40,440.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 08/02/2016     By: /s/ ALEJANDRO OLIVERAS RIVERA
                           Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**

11-04541-ESL                                              CERTIFICATE OF MAILING
-------------------------------------------------------------------------------------------------

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail or electronically sent to the parties listed below:

ORLANDO HERNANDEZ MEDINA
VEREDAS
767 CAMINO DE LOS CEDROS
GURABO, PR  00778

POPULAR LEASING
C/O ONEIDA PEREZ ACOSTA ESQ
PO BOX 366818
SAN JUAN, PR  00936

BANCO POPULAR DE PR
C/O MIGDALIA EFFIE GUASP
PO BOX 362708
SAN JUAN, PR  00936-2708

BANCO SANTANDER DE PR
PO BOX 362589
SAN JUAN, PR  00936-2589

CRIM
PO BOX 195387
SAN JUAN, PR  00919-5387

PREMIER BANKCARD/CHARTER
PO BOX 2208
VACAVILLE, CA  95696

GERARDO OMAR ADORNO TORRES
SAN LORENZO, PR  00754

INTERNAL REVENUE SERVICES
PO BOX 7346
PHILADELPHIA, PA  19101-7346

RG PREMIER BANK
PO BOX 2510
GUAYNABO, PR  00970-2510

USAA
PO BOX 821568
DALLA, TX  75382-1568

POPULAR AUTO
C/O EDGAR A VEGA RIVERA
PO BOX 366818
SAN JUAN, PR  00936-6818

**UST Form 101-13-FR-S (09/01/2009)**

USAA
PO BOX 829009
DALLAS, TX 75382-9009

INTERNAL REVENUE SERVICE
PO BOX 7317
PHILADELPHIA, PA 19101-7317

BANCO SANTANDER DE PUERTO RICO
MARTINEZ & TORRES LAW OFFICES PSC
PO BOX 192938
SAN JUAN, PR 00919-2938

DEPARTMENT OF TREASURY
BANKRUPTCY SECTION (424 B)
PO BOX 9024140
SAN JUAN, PR 00902-4140

DEPARTMENT OF TREASURY
BANKRUPTCY SECTION (424 B)
PO BOX 9024140
SAN JUAN, PR 00902-4140

PRASA [AAA]
C/O CONSUMER SERVICES AREA
PO BOX 7066
SAN JUAN, PR 00916-7066

BANCO POPULAR DE PUERTO RICO
PRESTAMOS ESPECIALES (733)
PO BOX 366818
SAN JUAN, PR 00936

/S/RENE GOMEZ
OFFICE OF THE CHAPTER 13 TRUSTEE

DATED: August 02, 2016

**UST Form 101-13-FR-S (09/01/2009)**